J-S05013-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

COMMONWEALTH OF PENNSYLVANIA, : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
Appellee :
:
v. :
:
GORDON LOUIS PERRY, II, :
:
Appellant : No. 488 WDA 2014

Appeal from the PCRA Order February 20, 2014,
Court of Common Pleas, Blair County,
Criminal Division at No(s): CP-07-CR-0001853-2009
and CP-07-CR-0001855-2009

BEFORE:  DONOHUE, SHOGAN and STABILE, JJ.

JUDGMENT ORDER BY DONOHUE, J.:          **FILED FEBRUARY 4, 2015**

Gordon Louis Perry, II ("Perry") appeals from the February 20, 2014 order entered by the Blair County Court of Common Pleas denying his petition filed pursuant to the Post Conviction Relief Act ("PCRA"), 42 Pa.C.S.A. §§ 9541-9546.  Our review of the brief filed on Perry's behalf by Attorney Paul M. Puskar reveals that he concludes, "after a thorough review of the record, after a thorough review of the trial court's [o]pinion and cases cited therein and after attempts to consult with [Perry] for the purpose of obtaining any information which could be used on behalf of [Perry], this appeal is frivolous."  Perry's Brief at 5.  This brief neither advocates on Perry's behalf nor complies with the requirements to withdraw as counsel pursuant to **Commonwealth v. Turner**, 544 A.2d 927 (Pa. 1988), and **Commonwealth v. Finley**, 550 A.2d 213 (Pa. Super. 1988).  Accordingly,

Attorney Puskar is hereby ordered to comply with one of the following three options:

- If Perry wishes to pursue this collateral appeal and Attorney Puskar determines that there are no issues of any merit to present on appeal, Attorney Puskar shall, within thirty days of receipt of this Order, file with this Court a petition to withdraw as counsel, a brief in compliance with the requirements of **Turner** and **Finley**, and a copy of a letter sent to Perry explaining that he may proceed pro se or with other counsel, and that he may raise any issues he believes to be worthy of review.

- If Perry wishes to pursue this collateral appeal and Attorney Puskar determines that there are issues of potential merit to present on appeal, Attorney Puskar shall, within thirty days of receipt of this Order, file an advocate's brief in compliance with the Rules of Appellate Procedure and the Rules of Professional Conduct.

- If, after consultation with Perry, Attorney Puskar discerns that Perry does not wish to pursue this collateral appeal, Attorney Puskar shall, within thirty days of receipt of this Order, file with this Court a praecipe to withdraw this appeal.

Panel jurisdiction retained.